

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Manuel Alcoser, Jr. v. The State of Texas

Appellate case number:   01-14-00548-CR

Trial court case number:  2011CR5943

Trial court:             437th Judicial District Court of Bexar County

      Manuel Alcoser's Pro Se Motion for Access to Appellate Record is **GRANTED**. The clerk of this Court is directed to forward a complete copy of the record to Alcoser. Alcoser's response, if any, to the *Anders* brief filed by his appointed counsel is due January 5, 2015.

      It is so ORDERED.

Judge's signature: ___/s/ Harvey Brown
                X  Acting individually

Date: December 4, 2014